ORIGINAL

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2018 AUG 15 AM 11: 21

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. |
| CHALEE CAMPBELL (01) <br> THOMAS CODY (02) <br> JACOB KYLE HENDRICKS <br> a/k/a "Jake Hendricks" (03) <br> TERRY MCCONATHY (04) <br> REBECCA MULLINS (05) <br> CHRISTAL ANN WALKER (06) | 4:18-CR-191-O |

## INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2017, and continuing until in or around January 2018, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Chalee Campbell, Thomas Cody, Jacob Kyle Hendricks**, also known as Jake Hendricks, **Terry McConathy, Rebecca Mullins**, and **Christal Ann Walker**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

ERIN NEALY COX,
UNITED STATES ATTORNEY

/s/ Shawn Smith
_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Information - Page 2